## BEFORE THE UNITED STATES JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

IN RE: L'OREAL BENZOYL PEROXIDE "BPO"  MDL DOCKET NO.
MARKETING AND SALES PRACTIVES LITIGATION

## SCHEDULE OF ACTIONS

| # | Plaintiff(s) | Defendant(s) | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | Jennifer Snow | L'Oreal USA, Inc. | USDC, District of Hawaii | 1:24-cv-00110-MWJS-KJM | Hon. Micah W.J. Smith |
| 2 | Ellen Painter and Robert Hightower | L'Oreal USA, Inc. | USDC, Western District of Missouri (Springfield); 11/13/2024 United States Federal District Court for the District of Hawaii | 6:24-cv-03077-MDH | Hon. M. Douglas Harpool |
| 3 | Holly Grossenbacher | L'Oreal USA, Inc. | USDC, Eastern District of Louisiana (New Orleans) | 2:24-cv-00663-GGG-MBN | Hon. Greg Gerard Guidry |
| 4 | Lucinda O'Dea | L'Oreal USA, Inc. | USDC, Northern District of Illinois; 09/20/2024 Transferred to USDC, Southern District of New York (Foley Square) | N.D. Ill. 1:24-cv-02762; S.D. N.Y. 1:24-cv-08352-AT | Hon. Analisa Torres |
| 5 | Ciara Noakes | L'Oreal USA, Inc. | USDC, Southern District of New York (Foley Square) | 1:24-cv-02735-AT | Hon. Analisa Torres |
| 6 | Latifah Abednego | L'Oreal USA, Inc. | USDC, Southern District of New York (Foley Square) | 1:24-cv-03998-AT | Hon. Analisa Torres |

Dated: November 26, 2024

Respectfully submitted,

By: /s/ R. Jason Richards
R. Jason Richards (SBN: 18207)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 E. Main Street, Ste. 200
Pensacola, Florida 32602
T: (850) 202-1010
F: (850) 916-7449
jrichards@awkolaw.com

*Attorneys for Movants Holly Grossenbacher, Ellen Painter, and Robert Hightower*